**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. GERRI´ YVONNE HOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-17-1193-SLP |
| | ) | |
| 1. DVA RENAL HEALTHCARE, INC. D/B/A DAVITA, | ) ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | **Attorney Lien Claimed** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Gerri′ Yvonne House, hereby stipulates with the Defendant DVA Renal Healthcare, Inc. d/b/a Davita that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF OCTOBER, 2018.**

> s/ Shannon C. Haupt
> Jana B. Leonard, OBA # 17844
> Lauren W. Johnston, OBA #22341
> Shannon C. Haupt, OBA #18922
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, OK 73139
> Telephone:  405-239-3800
> Facsimile:   405-239-3801
> leonardjb@leonardlaw.net
> johnstonlw@leonardlaw.net
> haupts@leonardlaw.net
> *Counsel for Plaintiff*

1

S/ Mark A. Flores
(Signed with permission)
Michael P. Royal, OBA #19388
Mark A. Flores, Texas State Bar No. 24076385
    (*Admitted Pro Hac Vice*)
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201
Tele: (214) 880-8100 Fax: (214) 880-0181
mroyal@littler.com
Markflores@littler.com
*Counsel for Defendants*